

David J. O'Connell | Partner
Direct 312.572.8405 | doconnell@goldbergsegalla.com

April 1, 2022

**VIA CM/ECF**
Hon. Andrew T. Baxter
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396

Re: New York Central Mutual Fire Insurance Co. v. Sunbeam Products, Inc.
Case No: 5:21-cv-00164-DNH-ATB

Dear Magistrate Baxter:

On behalf of the defendant, Sunbeam Products, Inc., we did agree to plaintiff's request to seek an extension of time to conduct the depositions of the experts. We did not agree to additional time for additional expert testing or supplemental opinions. This time has passed and plaintiff already sought one extension for additional expert opinions. The expert depositions were set then cancelled because plaintiff could not produce the files of their experts, rescheduled then cancelled by plaintiff again for scheduling issues for plaintiff counsel. Defense asked for new dates and plaintiff then stated it would move for an extension, defendant agreed but never agreed to reopen expert discovery and additional disclosures.

We only agree to an extension due to scheduling issues for the depositions, no further testing or opinions. We request clarification on your order so limiting the extension of discovery.

Very truly yours,

**GOLDBERG SEGALLA LLP**

*s/ David J. O'Connell*

DJO:cc

**Please send mail to our scanning center at: PO Box 957, Buffalo NY 14201**

**OFFICE LOCATION** 222 West Adams Street, Suite 2250, Chicago, IL 60606-5307 | **PHONE** 312-572-8400 | **FAX** 312-572-8401 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA